# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:09-CV-501-RLV-DCK

| | |
|---|---|
| TERESA ALEXANDER, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Vacate The Order Of Remand, Reinstate The Case, And Request Leave To File An Answer" (Document No. 12) filed June 24, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and is ripe for disposition. Plaintiff has failed to file a timely response.

Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Motion To Vacate The Order Of Remand, Reinstate The Case, And Request Leave To File An Answer" (Document No. 12) is hereby **GRANTED**.

Signed: July 13, 2010

David C. Keesler
United States Magistrate Judge